UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------X
:
SPANSKI ENTERPRISES, INC.,                             :
:
               Plaintiff,                   :
:
           v.                                       :   Case No. 12-cv-957 (TSC)
:
TELEWIZJA POLSKA S.A.,                                 :
:
               Defendant.                   :
:
-------------------------------------------------------X

**NOTICE OF MOTION FOR AN AWARD OF
COSTS AND ATTORNEYS' FEES PURSUANT TO THE COPYRIGHT ACT**

    **PLEASE TAKE NOTICE** that, upon the Declaration of Jonathan Zavin and the exhibits attached thereto, and the accompanying Memorandum of Points and Authorities, as well as the prior proceedings had herein, Plaintiff Spanski Enterprises, Inc. ("SEI"), by its attorneys Loeb & Loeb LLP, will move this Court, as soon as Counsel can be heard, before the Hon. Tanya S. Chutkan, at the United States Courthouse located at 333 Constitution Avenue N.W., Washington, D.C. 20001, for an Order, pursuant to section 505 of the Copyright Act (17 U.S.C. § 505) and Fed. R. Civ. P. 54(d)(2), for an award of costs and reasonable attorneys' fees.

Dated: February 24, 2017
      New York, New York        LOEB & LOEB LLP

                                            By:/s/ Jonathan Zavin
                                               Jonathan Zavin
                                               John Piskora
                                               345 Park Avenue
                                               New York, New York 10154-1895
                                               (212) 407-4000
                                               *Attorneys for Spanski Enterprises, Inc.*