UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------- x
SPANSKI ENTERPRISES, INC.,

                Plaintiff,

      -against-

TELEWIZJA POLSKA S.A.,

                Defendant.
------------------------------------------------------------------------- x

No. 12-cv-957 (TSC)

## JOINT MOTION FOR EXTENSION OF TIME

Counsel for Defendant Telewizja Polska S.A. and Plaintiff Spanski Enterprises, Inc. respectfully move the Court for an extension of Defendant's time to file papers in opposition to Plaintiff's Motion for Costs and Attorneys' Fees Pursuant to the Copyright Act from the current due date of March 10, 2017 to March 17, 2017, and Plaintiff's time to file reply papers in support of the Motion to March 29, 2017. These extensions are necessitated by the absence of counsel for both parties from their offices during the relevant times.

Dated: March 1, 2017

                                        Respectfully submitted,

| /s/ Jonathan Zavin<br>Jonathan Zavin (*admitted pro hac vice*)<br>LOEB & LOEB<br>345 Park Avenue<br>New York, New York 10154<br>(212) 407 – 4000<br>*Attorneys for Plaintiff Spanski Enterprises, Inc.* | /s/ Andrew L. Deutsch<br>Charles B. Wayne (3935858)<br>DLA PIPER US (LLP)<br>500 8th Street, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 799-4523<br>Facsimile: (202) 799-5253<br>charles.wayne@dlapiper.com |
|---|---|

|  | Andrew L. Deutsch (admitted *pro hac vice*)<br>DLA PIPER US (LLP)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 335-4702<br>Facsimile: (212) 884-8602<br>andrew.deutsch@dlapiper.com<br><br>*Attorneys for Defendant Telewizja Polska, S.A.* |
| --- | --- |