UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------ x
SPANSKI ENTERPRISES, INC.,

                Plaintiff,

    -against-

TELEWIZJA POLSKA S.A.,

                Defendant.
------------------------------------------------------------------------ x

No. 12-cv-957 (TSC)

[PROPOSED] ORDER

      It is hereby ORDERED that the papers of Defendant Telewizja Polska S.A. in opposition to the Motion of Plaintiff Spanski Enterprises, Inc.'s Motion for Costs and Attorneys' Fees shall be filed by March 17, 2017, and Plaintiff's time to file reply papers in support of the Motion, if any, shall be filed by March 29, 2017.

      So ordered.

Date: March ___, 2017

                                                        _____
                                                        TANYA S. CHUTKAN
                                                        United States District Judge