# Exhibit 1

New York Library
3 0400 00014 2899

# AIPLA

# 2015 Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee



KF
301
.R47

**American Intellectual Property Law Association**
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org



## **AIPLA**
**American Intellectual Property Law Association**
Serving America's Legal and Creative Community

# Report of the
# Economic Survey
# 2015

### Prepared Under Direction of the
### American Intellectual Property Law Association
### Law Practice Management Committee

### Richard W. Goldstein, Chair
### Donika P. Pentcheva, Vice Chair

### June 2015

### Prepared by:

RECEIVED

OCT 2 3 2015

DLA PIPER LIBRARY



**910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878**
**TEL: (240) 268-1262 ■ ARI@associationresearch.com**

Private Firm, Partner

## Average hourly billing rate in 2014 (Q29)

*Private Firm, Partner*

| | | Average hourly billing rate in 2014 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 402 | $471 | $300 | $350 | $425 | $529 | $709 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $255 | ISD | $232 | $258 | $278 | ISD |
| | 7-9 | 21 | $338 | $261 | $295 | $310 | $398 | $470 |
| | 10-14 | 55 | $389 | $288 | $312 | $375 | $450 | $500 |
| | 15-24 | 163 | $468 | $300 | $365 | $425 | $515 | $692 |
| | 25-34 | 100 | $517 | $331 | $400 | $483 | $588 | $870 |
| | 35 or More | 54 | $553 | $353 | $409 | $508 | $653 | $855 |
| Location | Boston CMSA | 18 | $576 | $390 | $421 | $503 | $786 | $831 |
| | NYC CMSA | 30 | $530 | $337 | $368 | $400 | $634 | $995 |
| | Philadelphia CMSA | 14 | $510 | $325 | $450 | $480 | $556 | $778 |
| | Washington, DC CMSA | 71 | $534 | $350 | $400 | $485 | $640 | $824 |
| | Other East | 17 | $427 | $298 | $342 | $420 | $490 | $600 |
| | Metro Southeast | 12 | $439 | $306 | $331 | $430 | $538 | $606 |
| | Other Southeast | 11 | $379 | $306 | $330 | $340 | $400 | $600 |
| | Chicago CMSA | 26 | $452 | $338 | $375 | $415 | $521 | $591 |
| | Minne.-St. Paul PMSA | 21 | $399 | $268 | $305 | $395 | $483 | $556 |
| | Other Central | 85 | $391 | $275 | $300 | $350 | $458 | $558 |
| | Texas | 25 | $501 | $298 | $370 | $440 | $598 | $860 |
| | Los Angeles CMSA | 9 | $561 | ISD | $405 | $575 | $660 | ISD |
| | San Francisco CMSA | 18 | $651 | $427 | $493 | $530 | $863 | $937 |
| | Other West | 45 | $411 | $272 | $338 | $400 | $478 | $530 |
| IP Technical Specialization (>=50%) | Biotechnology | 16 | $483 | $311 | $355 | $410 | $583 | $862 |
| | Chemical | 30 | $389 | $286 | $300 | $368 | $431 | $600 |
| | Computer Hardware | 5 | $348 | ISD | $275 | $350 | $420 | ISD |
| | Computer Software | 37 | $427 | $300 | $363 | $400 | $493 | $628 |
| | Electrical | 39 | $488 | $300 | $325 | $435 | $600 | $825 |
| | Mechanical | 84 | $436 | $298 | $341 | $405 | $500 | $591 |
| | Medical/ Health Care | 20 | $496 | $287 | $388 | $492 | $579 | $698 |
| | Pharmaceutical | 13 | $520 | $329 | $409 | $480 | $600 | $828 |
| Age | Younger than 35 | 3 | $315 | ISD | ISD | $340 | ISD | ISD |
| | 35-39 | 29 | $348 | $250 | $268 | $300 | $383 | $480 |
| | 40-44 | 48 | $425 | $290 | $300 | $375 | $469 | $621 |
| | 45-49 | 75 | $457 | $300 | $350 | $415 | $515 | $720 |
| | 50-54 | 82 | $459 | $300 | $366 | $437 | $503 | $635 |
| | 55-59 | 64 | $515 | $348 | $400 | $483 | $595 | $795 |
| | 60 or Older | 99 | $523 | $335 | $390 | $495 | $600 | $850 |
| Gender | Male | 349 | $477 | $300 | $360 | $430 | $550 | $725 |
| | Female | 48 | $433 | $300 | $300 | $400 | $500 | $620 |
| Highest Non-Law Degree | Bachelor's Degree | 268 | $464 | $300 | $350 | $425 | $510 | $701 |
| | Master's Degree | 86 | $474 | $297 | $343 | $408 | $550 | $802 |
| | Doctorate Degree | 23 | $456 | $315 | $335 | $438 | $585 | $648 |
| Ethnicity | White/Caucasian | 360 | $467 | $300 | $350 | $425 | $520 | $705 |
| | Hispanic/Latino | 6 | $540 | ISD | $493 | $550 | $605 | ISD |
| | Asian/Pacific Islander | 12 | $446 | $262 | $309 | $413 | $559 | $775 |
| | Blended | 7 | $385 | ISD | $275 | $400 | $475 | ISD |
| | Other | 3 | $937 | ISD | ISD | $1,000 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 32 | $386 | $300 | $301 | $373 | $450 | $507 |
| | 3-5 | 61 | $392 | $275 | $328 | $400 | $428 | $525 |
| | 6-10 | 58 | $407 | $289 | $326 | $400 | $475 | $550 |
| | 11-25 | 93 | $436 | $297 | $350 | $400 | $480 | $600 |
| | 26-50 | 71 | $487 | $303 | $380 | $450 | $515 | $696 |
| | 51-100 | 45 | $565 | $380 | $451 | $510 | $705 | $829 |
| | 101-150 | 20 | $640 | $408 | $505 | $600 | $720 | $971 |
| | More than 150 | 21 | $733 | $480 | $594 | $795 | $868 | $942 |

## Average hourly billing rate in 2014 (Q29)

*Private Firm, Associate*

| | | Average hourly billing rate in 2014 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 222 | $343 | $205 | $250 | $315 | $416 | $550 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 75 | $279 | $186 | $210 | $255 | $300 | $419 |
| | 5-6 | 27 | $348 | $228 | $250 | $330 | $380 | $537 |
| | 7-9 | 48 | $366 | $225 | $282 | $340 | $408 | $600 |
| | 10-14 | 32 | $357 | $233 | $272 | $335 | $438 | $484 |
| | 15-24 | 22 | $472 | $276 | $411 | $450 | $581 | $631 |
| | 25-34 | 6 | $486 | ISD | $386 | $530 | $573 | ISD |
| | 35 or More | 4 | $448 | ISD | $373 | $445 | $525 | ISD |
| Location | Boston CMSA | 12 | $412 | $207 | $301 | $443 | $500 | $611 |
| | NYC CMSA | 16 | $481 | $272 | $368 | $443 | $636 | $690 |
| | Philadelphia CMSA | 4 | $326 | ISD | $273 | $315 | $389 | ISD |
| | Washington, DC CMSA | 47 | $363 | $250 | $285 | $350 | $400 | $534 |
| | Other East | 9 | $298 | ISD | $248 | $290 | $315 | ISD |
| | Metro Southeast | 10 | $372 | $241 | $284 | $350 | $435 | $590 |
| | Other Southeast | 8 | $236 | ISD | $178 | $237 | $288 | ISD |
| | Chicago CMSA | 11 | $418 | $252 | $285 | $445 | $470 | $617 |
| | Minne.-St. Paul PMSA | 11 | $240 | $184 | $209 | $240 | $250 | $328 |
| | Other Central | 30 | $255 | $161 | $199 | $245 | $303 | $335 |
| | Texas | 16 | $333 | $142 | $236 | $253 | $449 | $631 |
| | Los Angeles CMSA | 8 | $412 | ISD | $291 | $380 | $570 | ISD |
| | San Francisco CMSA | 7 | $463 | ISD | $420 | $425 | $575 | ISD |
| | Other West | 33 | $309 | $200 | $250 | $300 | $347 | $406 |
| IP Technical Specialization (>=50%) | Biotechnology | 15 | $338 | $208 | $270 | $300 | $425 | $500 |
| | Chemical | 18 | $341 | $200 | $254 | $328 | $420 | $482 |
| | Computer Hardware | 3 | $297 | ISD | ISD | $270 | ISD | ISD |
| | Computer Software | 38 | $374 | $219 | $248 | $323 | $488 | $605 |
| | Electrical | 25 | $356 | $191 | $243 | $305 | $458 | $634 |
| | Mechanical | 37 | $309 | $178 | $245 | $300 | $386 | $450 |
| | Medical/ Health Care | 10 | $343 | $192 | $220 | $355 | $425 | $467 |
| | Pharmaceutical | 11 | $398 | $211 | $315 | $388 | $520 | $653 |
| | Other areas | 3 | $260 | ISD | ISD | $250 | ISD | ISD |
| Age | Younger than 35 | 73 | $306 | $186 | $213 | $255 | $360 | $486 |
| | 35-39 | 62 | $349 | $232 | $279 | $335 | $411 | $499 |
| | 40-44 | 32 | $335 | $208 | $255 | $313 | $379 | $504 |
| | 45-49 | 20 | $366 | $210 | $259 | $364 | $450 | $561 |
| | 50-54 | 17 | $425 | $262 | $305 | $435 | $538 | $628 |
| | 55-59 | 8 | $373 | ISD | $243 | $355 | $521 | ISD |
| | 60 or Older | 6 | $486 | ISD | $418 | $500 | $556 | ISD |
| Gender | Male | 182 | $350 | $206 | $250 | $320 | $420 | $550 |
| | Female | 38 | $309 | $169 | $235 | $300 | $370 | $472 |
| Highest Non-Law Degree | Bachelor's Degree | 139 | $340 | $200 | $245 | $310 | $400 | $555 |
| | Master's Degree | 51 | $350 | $200 | $250 | $300 | $450 | $590 |
| | Doctorate Degree | 29 | $348 | $205 | $265 | $350 | $414 | $520 |
| Ethnicity | White/Caucasian | 184 | $342 | $205 | $250 | $313 | $402 | $518 |
| | Black/African American | 6 | $438 | ISD | $333 | $445 | $556 | ISD |
| | Hispanic/Latino | 6 | $380 | ISD | $250 | $375 | $470 | ISD |
| | Asian/Pacific Islander | 17 | $354 | $183 | $210 | $315 | $495 | $610 |
| | Other | 4 | $280 | ISD | $214 | $260 | $366 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 9 | $299 | ISD | $192 | $275 | $400 | ISD |
| | 3-5 | 16 | $280 | $159 | $200 | $250 | $340 | $450 |
| | 6-10 | 27 | $285 | $192 | $235 | $280 | $325 | $370 |
| | 11-25 | 49 | $326 | $200 | $245 | $300 | $380 | $470 |
| | 26-50 | 52 | $325 | $205 | $236 | $300 | $388 | $518 |
| | 51-100 | 30 | $417 | $276 | $300 | $383 | $481 | $650 |
| | 101-150 | 15 | $299 | $181 | $250 | $280 | $330 | $467 |
| | More than 150 | 17 | $466 | $349 | $398 | $425 | $538 | $630 |